IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KHALIL HAMMOND, DAVID THOMPSON, ANTOINE WALKER, MUWSA GREEN, TYRONE LEONARD, MALIKA HENDERSON, On Their Own Behalf and On Behalf of All Others Similarly Situated** | : : : : : : : : : | CIVIL ACTION |
| v. | : : | |
| **PENNSYLVANIA DEPARTMENT OF CORRECTIONS, LAUREL HARRY,** Secretary of Corrections, **GEORGE LITTLE,** Former Secretary of Corrections **MICHAEL WENEROWICZ,** Executive Deputy Secretary for Institutional Operations, Pennsylvania Department Of Corrections and **LUCAS MALISHCHAK,** Director of Psychology, Pennsylvania Department of Corrections | : : : : : : : : : : : : | NO. 24-922 |

## ORDER

**NOW**, this 8th day of January, 2025, upon consideration of Defendants' Motion to Transfer Pursuant to Local Rule 40.1(c)(2) and 28 U.S.C. § 1404(a) (Doc. No. 40) and the plaintiffs' response, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that this action is transferred to the United States District Court for the Middle District of Pennsylvania.

_____
TIMOTHY J. SAVAGE, J.