## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KHALIL HAMMOND, et al.,** | : | **CIVIL NO. 1:25-CV-00048** |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| **PENNSYLVANIA DEP'T OF** | : | |
| **CORRECTIONS, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 21st day of July 2026, for the reasons set forth in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the motion to intervene, (Doc. 85), is DENIED.

_S/ Martin C. Carlson_
Martin C. Carlson
United States Magistrate Judge

7