**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KHALIL HAMMOND, et al.,** | : | **CIVIL NO. 1:25-CV-00048** |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| **PENNSYLVANIA DEP'T OF CORRECTIONS, et al.,** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 6th day of August 2026, for the reasons set forth in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendants' motions to dismiss, (Docs. 74, 76, 78), are DENIED.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge